AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Balderas, *et al.*,

    Plaintiffs,

v.

Fay Servicing, *et al.*,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-00089-HCN-JCB

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice for lack of subject matter jurisdiction.

April 13, 2021

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge